# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANTHONY CLARK,                :

        Petitioner,   Case No. 3:18-cv-266

- vs -   District Judge Thomas M. Rose
    Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional Institution,

        Respondent.   :

---

### ORDER ADOPTING SECOND SUPPLEMENTAL REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Second Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 17), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Second Supplemental Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

January 4, 2019.   *s/Thomas M. Rose
    Thomas M. Rose
    United States District Judge